# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Shahid Abdurahmanli,<br><br>　　　　　Plaintiff,<br>　v.<br><br>Ur Mendoza Jaddou, in her official capacity as Director, U.S. Citizenship and Immigration Services<br><br>Susan Raufer, in her official capacity as Director, Newark Asylum Office<br>U.S. Citizenship and Immigration Services<br><br>　　　　　Defendants. | Case 2:23-cv-756(EP)(ESK)<br><br>**STIPULATION OF DISMISSAL**<br><br>**WITH PREJUDICE** |

　　　　It is hereby stipulated by and between Plaintiff Shahid Abdurahmanli and Defendants Ur Mendoza Jaddou and Susan Raufer, by and through their respective attorneys, that all of Plaintiff's claims against the United States of America are dismissed with prejudice and without costs, attorneys' fees, expenses, or disbursements to any party.

Dated:　　July 27, 2023　　　　　/s/ Susan G. Roy
　　　　　　　　　　　　　　　SUSAN G. ROY , ESQ.
　　　　　　　　　　　　　　　*Counsel for the Plaintiff* Shahid Abdurahmanli

Dated:　　July 28, 2023　　　　　PHILIP R. SELLINGER
　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　for the District of New Jersey

　　　　　　　　　　　　　　　By:/s/ Brooks E. Doyne
　　　　　　　　　　　　　　　　BROOKS E. DOYNE
　　　　　　　　　　　　　　　　Assistant United States Attorney

SO ORDERED

　__s/Evelyn Padin__
　Evelyn Padin, U.S.D.J.

Date: 7-31-2023